# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JACOBSON, ) | |
| ) | 8:06CV294 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SHERRY K. SHRESTA, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Filing No. 5, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to serve summons upon the defendants. Upon review of the record and for good cause given, the motion will be granted, and the plaintiff shall have **until October 3, 2006**, to perfect service.

**IT IS SO ORDERED.**

DATED this 20th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge