IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JACOBSON, Special Administrator of the Estate of VIRGINIA A. JACOBSON, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV294 |
| v. | ) ) | |
| GASTON CORNU-LABAT, M.D., MIDWEST MEDICAL INSURANCE CO., MIDWEST MEDICAL INSURANCE HOLDING COMPANY, and SHERRY K. SHRESTA, M.D., | ) ) ) ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) The defendants' motions to dismiss (Filing Nos. 32 and 35) are granted;

2) Plaintiff's motion seeking a 120-day extension (Filing No. 38) is denied as moot;

3)  This action is dismissed.

DATED this 9th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court