IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL JACOBSON, Special      )
Administrator of the Estate    )
of VIRGINIA A. JACOBSON,       )
Deceased,                      )
                               )
              Plaintiff,       )         8:06CV294
                               )
         v.                    )
                               )
GASTON CORNU-LABAT, M.D.,      )         ORDER
MIDWEST MEDICAL INSURANCE      )
CO., MIDWEST MEDICAL           )
INSURANCE HOLDING COMPANY,     )
and SHERRY K. SHRESTA, M.D.,   )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on plaintiff's motion for an extension of time to fully respond to defendant's objection to his motion for new trial (Filing No. 48). The Court will grant plaintiff additional time. Accordingly,

IT IS ORDERED that plaintiff's motion for additional time to fully respond is granted; plaintiff shall have until June 12, 2007, to file any additional response to defendant's objection to his motion for new trial.

DATED this 29th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court